# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSHUA RAY MCDONALD, #02276406 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00602-ALM-AGD |
| | § | |
| 336TH DISTRICT COURT OF FANNIN COUNTY, TEXAS | § | |
| | § | |

## MEMORANDUM ADOPTING AS MODIFIED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 28, 2025, the Report of the Magistrate Judge, (Dkt. #8), was entered containing proposed findings of fact and recommendation that the petition for writ of mandamus, (Dkt. #1), be denied for lack of jurisdiction.

Having received the Report of the United States Magistrate Judge, (Dkt. #8), and no timely objections being filed,[1] the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts, as modified, the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for writ of mandamus, (Dkt. #1), is **DISMISSED** with prejudice as to its refiling in federal court, but without prejudice as to Petitioner's right to seek mandamus relief from the courts of the State of Texas.

---

[1] On March 3, 2026, the Court entered an Order granting Petitioner an extension of time to file objections to the Magistrate Judge's Report until May 4, 2026. (Dkt. #14). On April 30, 2026, a copy of the Order, (Dkt. #14), was returned as undeliverable and marked "RETURN TO SENDER-NO SUCH NUMBER-UNABLE TO FORWARD" and "Discharged." (Dkt. #15). Petitioner has not updated his address with the Court.

Any request for relief not addressed by the Report is denied as **MOOT**.

**IT IS SO ORDERED**.

**SIGNED this 26th day of May, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE